UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) SUMMARY OF
) ACCEPTANCES AND
) REJECTIONS (NOTE: Prepare
Debtor(s) ) Per Local Form (LBF) #1181.2)

| Class | Impaired or Unimpaired* | Total No. of Ballots Filed | % of Dollar Amt. Accepting** | % of Number Accepting** |
|---|---|---|---|---|
| | | | | |

    This Summary consists of _____ pages.  I certify under penalty of perjury that this Summary completely and accurately reflects all ballots received; the tabulations are correct to the best of my knowledge; all ballots received are separated and assembled by acceptances and rejections by class; I have retained the originals; I will provide copies to an interested party upon written request, and upon objection to the accuracy of this Summary I will introduce the originals at the hearing of such objection for possible admission to the official court record; and a copy of it was served on any Creditors' Committee AND the U.S. Trustee on the date below.

Date: _____                          _____
                                                                         Signature                     (OSB# if attorney)

                                                                       _____
                                                                        TYPE OR PRINT SIGNER'S NAME

*If any class is designated as unimpaired, explain on an attached sheet why the class is unimpaired, or refer to the portion of the disclosure statement that provides such an explanation.

**When calculating percentages, count only the allowed amount of those claims voting.

1181 (7/29/04)